S. CHARLES SAVIO, Respondent, v. SYLVESTER W. DEL BELLO, Appellant.

*Per Curiam.* The interlocutory judgment insofar as appealed from should be reversed, with costs to the appellant.

We know of no reason why the partnership assets should be burdened with the expense of a receivership. Pursuant to section 75 of the Partnership Law, the court could have authorized the partnership business to be continued during the pendency of the action. Apparently the appellant has no objection to the plaintiff continuing to operate the business and to withdraw from the proceeds thereof the sum of seventy-five dollars per week as compensation. In the event that the appellant should require the filing of an undertaking by plaintiff, a provision to that effect may be written into the order to be settled hereon.

Furthermore, the question as to the ownership of the lease which was renewed by plaintiff should be disposed of after a trial at Special Term.

Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Interlocutory judgment so far as appealed from unanimously reversed, with costs. Settle order on notice.

HENRY LAPKIN, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order unanimously modified by omitting therefrom the clause striking out defendant's answer, and by granting plaintiff's motion for partial summary judgment for the amount defendant admits to be payable with interest, and as so modified, affirmed, and the action otherwise severed on the ground that as to the balance claimed there are issues of fact which should await trial. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [181 Misc. 856.]

MILES LABORATORIES, INC., Respondent-Appellant, v. AMERICAN PHARMACEUTICAL COMPANY, INC., et al., Appellants-Respondents.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *post*, p. 984; 268 App. Div. 768.]

JARCHO BROS., INC., Respondent, v. CITY OF NEW YORK, Appellant.— Order so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for examination as to items 2, 3, 4, 5, 6 and 7 of the notice of motion denied, without prejudice to a motion to examine defendant by any officer or employee designated by name or title and to require production of books and papers in accordance with section 296 of the Civil Practice Act. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.